

**FILED**
10/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number  25MJ5678   2:25-cr-00811-MWC

Defendant Number  1

U.S.A.  v.  Gregory John Curcio

Year of Birth  1957

☑ Indictment     ☐ Information

Investigative agency (FBI, DEA, etc.)  ICE-OPR

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor     ☐ Minor Offense     ☐ Petty Offense

☐ Class B Misdemeanor     ☐ Class C Misdemeanor     ☑ Felony

b. Date of Offense  February 2, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles     ☐ Ventura

☐ Orange     ☐ Santa Barbara

☐ Riverside     ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense  18 U.S.C. 119; 18 U.S.C. 2261A

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)     ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No     ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 09/12/2025

Case Number:  2:25-mj-05678-DUTY

Assigned Judge:  Duty

Charging: 18 U.S.C. 119

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?     ☐ No     ☑ Yes

IF YES, provide Name:  DFPD Hannah A. Bogen

Phone Number:  213-894-4863

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*     ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*     ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**     ☐ Yes     ☑ No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*     ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes     ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male   ☐ Female

☐ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

  ☑ All counts

  ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
  18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
  18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud   ☐ public corruption

☐ government fraud   ☐ tax offenses

☐ environmental issues   ☐ mail/wire fraud

☐ narcotics offenses   ☐ immigration offenses

☐ violent crimes/firearms   ☐ corporate fraud

☑ Other   18 U.S.C. 119 (anti-doxing statute)

18 U.S.C. 2261A(2) (stalking)

**CUSTODY STATUS**

Defendant is **not in custody**:

  a. Date and time of arrest on complaint:   _____

  b. Posted bond at complaint level on:   _____

    in the amount of $ _____

  c. PSA supervision?   ☐ Yes   ☐ No

  d. Is on bail or release from another district:

  _____

Defendant is **in custody**:

  a. Place of incarceration:   ☐ State   ☑ Federal

  b. Name of Institution:   MDC- Los Angeles

  c. If Federal, U.S. Marshals Service Registration Number:
    31166-506

  d. ☑ Solely on this charge.  Date and time of arrest:

    September 22, 2025

  e. On another conviction:   ☐ Yes   ☑ No

    IF YES:  ☐ State   ☐ Federal   ☐ Writ of Issue

  f. Awaiting trial on other charges:   ☐ Yes   ☑ No

    IF YES :  ☐ State   ☐ Federal   AND

  Name of Court:   _____

  Date transferred to federal custody:   _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   _____

_____

Date   10/06/2025   _____

_____
Signature of Assistant U.S. Attorney
Lauren Restrepo
Print Name